No. 09-9567. Marcus Lynn Foster, Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3211.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 523.

No. 09-9568. Ben Hickman, Jr., Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3121.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-9569. P. W. Ferguson, aka Patrick William Ferguson, Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3183.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 826.

No. 09-9570. Jesus Cervantes-Guzman, Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3160.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 1303.

No. 09-9571. Toijuana Gene Collins, aka Toijuana Collins, Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2121, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3255.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 943.

No. 09-9576. Roosevelt Cornell Sanders, Petitioner v. Terry O'Brien, Warden, et al.

559 U.S. 1080, 130 S. Ct. 2122, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3220.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 791.

No. 09-9577. Alan L. Simmons, Petitioner v. United States.

559 U.S. 1080, 130 S. Ct. 2122, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3202.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 582.

No. 09-9578. Tommy Smith, Petitioner v. United States.

559 U.S. 1081, 130 S. Ct. 2122, 176 L. Ed. 2d 745, 2010 U.S. LEXIS 3251.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 910.